IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| In Re:<br><br>Prestige Appliances, LLC<br><br>Debtor. | Chapter 7<br><br>Case No.  17-04517-hb<br><br>Asset Case |
|---|---|

## ORDER TO PAY ADMINISTRATIVE EXPENSES

This matter comes before the court on the Trustee's Application to Pay Administrative Expenses Associated with Sale of Assets Pursuant to Court Order Entered on 1/4/2018. The Trustee seeks authorization to pay the administrative expenses from the proceeds of sale of assets sold pursuant to the Trustee's Notice and Application For Sale of Assets Free and Clear of Liens (Docket #83) and the Order Authorizing Sale of Assets Free and Clear of Liens entered on January 4, 2018 (Docket #111). The Trustee represented that the expenses listed on the attached chart are the actual and necessary expenses incurred for the benefit of the estate.

It appearing that notice of said application for payment of administrative expense has been given to all creditors and parties in interest and no objections thereto have been filed with this Court, it therefore is

ORDERED, ADJUDGED AND DECREED that the Trustee is authorized to disburse from the sale proceeds the administrative expenses to the claimants listed on the attached chart.

IT IS SO ORDERED.

**FILED BY THE COURT**
**06/11/2018**



US Bankruptcy Judge
District of South Carolina

Entered: 06/12/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| In Re: | |
|---|---|
| Prestige Appliances, LLC | Chapter 7 |
| Debtor. | Case No. 17-04517-hb |
| | Asset Case |

## ADMINISTRATIVE COSTS OF SALE

| CLAIMANT | CATEGORY OF EXPENSE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Janet B. Haigler Chapter 7 Trustee | Court Filing Fee | Court filing fee for the Notice of Sale advanced by Trustee | $181.00 |
| | Trustee Mileage associated with Sale | Mileage for travel by Trustee to retail/warehouse locations associated with sale of inventory | $644.93 |
| | Postage Associated with Sale | Postage advanced by Trustee in association with sale of Inventory | $809.98 |
| | Changed Locks | Costs advanced by Trustee to secure business locations. | $988.97 |
| | Insurance | Insurance coverage on Assets advanced by Trustee | $5,166.19 |
| | Utilities | Utilities costs advanced by Trustee (includes security deposit later refunded directly to the estate) | $7,835.80 |
| | | **Total Amount Advanced by Trustee** | $15,626.87 |
| Aiken Exchange Retail, LLC | Aiken Retail Rent | Rent for Aiken Retail Store from 9/7/2017 to 2/15/2018 | $32,409.70 |
| Prestige Appliance Holdings LLC | Aiken Warehouse Rent | Rent for Aiken Warehouse Rent from 9/7/2017 to 2/23/2018 | $22,219.08 |
| Prestige Appliance Holdings LLC | Augusta Retail Rent | Rent for Augusta Retail Store from 9/7/2017 to 12/31/2017 | $22,405.68 |
| Prestige Appliance Holdings LLC | Columbia Retail Rent | Columbia Retail Store from 9/7/2017 to 2/15/2018 | $46,537.28 |
| Anderson Plaza Shopping Center LLLP | Discount Appliances Rent | Discount Appliances Retail Store in Augusta from 9/7/2018 to 1/2/2018. | $13,390.32 |
| | | | |
| | | **TOTAL ADMINISTRATIVE EXPENSES** | $152,588.93 |